# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3142
LT Case No. 2023-DP-057

_____

S.M., FATHER OF S.M., JR., and
S.M., CHILDREN,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Scott Timothy Smith, of The Law Office of Scott T. Smith, P.A.,
Brooksville, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of Statewide Guardian
ad Litem Office, Tallahassee, and Kimberly Kanoff Berman, of
Marshall Dennehey, P.C., Fort Lauderdale, for Guardian ad
Litem, o/b/o S.M.J, & S.M.

February 1, 2024

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS, and SOUD, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---